# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

MAHER BASHI,

        Defendant,

and

BANK OF AMERICA, NA

        Garnishee.

_____/

Case No.: 26-mc-50315

Hon. Denise Page Hood

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Maher Bashi, Social Security No. ***-**-8328, whose last known address is: REDACTED, West Bloomfield, MI 48324, in Case No.: 13CR20518 02 in the amount of $620,396.00. The sum of $385,464.67 has been credited to the judgment debt, leaving a total balance due of $234,931.33 as of March 26, 2026.[1] Demand for payment

---

[1] Defendant has received credit for payments from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h) if applicable.

of the above-stated debt was made upon the debtor not less than 30 days from March 26, 2026, and debtor has failed to satisfy the debt.

The Garnishee, its affiliates, successors, or assigns, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

> Bank of America, NA
> Legal Order Processing/Christiana IV
> 800 Samoset Dr.
> Newark, DE 19703

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the debtor by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

*[Intentionally left blank]*

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney


/s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: Jessica.Nathan@usdoj.gov
Date: March 26, 2026                    Bar No.: (TX 24090291)